COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| THREE LEGGED MONKEY, L.P., JAMES MICHAEL ARMSTRONG, AND 2700 N. MESA, LLC, | § § § | No. 08-12-00182-CV |
| Appellants/Cross-Appellees, | § | Appeal from |
| v. | § § | 327th District Court |
| IRENE BORUNDA, ROBERT BORUNDA, JOHN BILLINGSLEA, AND ANNA NAZARIO, | § § | of El Paso County, Texas (TC # 2012-DCV00099) |
| Appellees/Cross-Appellants. | § § | |

## MEMORANDUM OPINION

Pending before the Court is a joint motion to dismiss the appeal and cross-appeal because the parties have resolved their disputes. *See* TEX.R.APP.P. 42.1(a)(2). The motion also reflects that the parties have made an agreement regarding costs. We grant the motion and dismiss the appeal and cross-appeal with prejudice. Pursuant to the parties' agreement, we order that costs are taxed against the party incurring them. *See* TEX.R.APP.P. 42.1(d).

December 18, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating